IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00955-PAB-KLM

JOHN D. HINDORFF,

    Plaintiff,

v.

GSCRP, INC., a Colorado corporation,
TRI-STATE MORTGAGE, LLC, a Colorado limited liability company, and
PAUL M. WEISSMANN, Boulder County Public Trustee,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Paul M. Weissmann's **Unopposed Motion to Amend Answer** [Docket No. 22; Filed May 28, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. Defendant Paul M. Weissmann may file an amended answer on or before **June 10, 2013**.

    Dated:  May 29, 2013