**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Robert R. Keech        Date: June 3, 2013
Court Reporter:   Janet Coppock           Time: **2:21**

**Civil Action No.  13-cv-00955-PAB-KLM**

<u>Parties</u>                                  <u>Counsel</u>

**JOHN D. HINDORFF**,                       Pro Se

    Plaintiff,

v.

**GSCRP, INC., et al.**,                    Richard O. Schroeder

    Defendants.


**MOTIONS HEARING**

**2:34 p.m.    COURT IN SESSION**

           APPEARANCES OF PARTIES AND COUNSEL.

           Court's opening remarks.

           Plaintiff's Verified Motion for a Temporary Restraining Order and
           Preliminary Injunction [ECF Doc. No. 7], filed April 19, 2013, is raised for
           argument.

| | |
|---|---|
| 2:40 p.m. | Argument by Plaintiff (Mr. Hindorff). |
| 2:43 p.m. | Argument by Defendants (Mr. Schroeder). |
| 2:44 p.m. | Plaintiff's witness **John D. Hindorff** sworn. |

Direct examination by Plaintiff through statement (Mr. Hindorff).
***EX ID:     Plaintiff's exhibits L, I, J***

**Plaintiff's Exhibits I, J, K, L, A through H, and M through R RECEIVED.**

3:07 p.m.     Cross examination by Defendant (Mr. Schroeder).
***EX ID:     Plaintiff's exhibit N, Defendants exhibits C, A, B, E, G, H, I, J***

**Defendants Exhibits C, G, H, I, J RECEIVED.**

3:27 p.m.     Re-Direct examination by Plaintiff (Mr. Hindorff).
***EX ID:     Plaintiff's exhibits H, I, J***

3:32 p.m.     Plaintiff rests.

3:34 p.m.     Defendants' witness **Gordon S. Carvill** sworn.

Direct examination by Defendants (Mr. Schroeder).
***EX ID:     Plaintiff's exhibits I, J***

3:44 p.m.     Cross examination by Plaintiff (Mr. Hindorff).
***EX ID:     Plaintiff's exhibits L***

3:50 p.m.     Defendants' witness **Frank Brock** sworn.

Direct examination by Defendants (Mr. Schroeder).
***EX ID:     Plaintiff's exhibits D, B, C***

3:57 p.m.     Cross examination by Plaintiff (Mr. Hindorff).
***EX ID:     Plaintiff's exhibits A, B, C, D, G, H, I, J, N, P***

4:17 p.m.     Re-Direct examination by Defendant (Mr. Schroeder).

4:21 p.m.     Defendants rest.

4:21 p.m.     Plaintiff has no rebuttal evidence to present.

4:21 p.m.     Argument by Plaintiff (Mr. Hindorff).

| | |
|---|---|
| 4:34 p.m. | Argument by Defendants (Mr. Schroeder). |
| 4:47 p.m. | Argument by Plaintiff (Mr. Hindorff). |
| **4:52 p.m.** | **COURT IN RECESS.** |
| **4:57 p.m.** | **COURT IN SESSION.** |

Discussion regarding whether a settlement conference before Magistrate Judge Mix would be beneficial to the parties.

**ORDERED:** Plaintiff's Verified Motion for a Temporary Restraining Order and Preliminary Injunction [ECF Doc. No. 7], filed April 19, 2013, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Mr. Hindorff shall file a reply to Plaintiff's Verified Motion for a Temporary Restraining Order and Preliminary Injunction [ECF Doc. No. 7] on or before **Wednesday, June 5, 2013.**

Court indicates that a written order shall follow.

**5:00 p.m.** **COURT IN RECESS.**

**CLERK'S NOTE:**   **EXHIBITS WERE RETURNED TO COUNSEL AND THE PARTIES AT THE CONCLUSION OF THE HEARING.**

**Total in court time:   2 hours and 21 minutes**

**Hearing concluded**.