IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-00955-PAB-KLM

JOHN D. HINDORFF,

    Plaintiff,

v.

GSCRP, INC., a Colorado corporation, and
PAUL M. WEISSMANN, Boulder County Public Trustee,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on the Motion to Dismiss With Prejudice [Docket No. 53].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss With Prejudice [Docket No. 53] is GRANTED.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.  It is further

**ORDERED** that the cash bond posted by plaintiff shall be released to plaintiff from the Court Registry, plus interest, less the registry fee assessment.

DATED November 6, 2013.

                                                    BY THE COURT:

                                                    s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  United States District Judge